IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE KNOXVILLE DIVISION

CHRISTOPHER BRANHAM
as administrator of the
ESTATE OF SETH BLACK,

    Plaintiff,

v.                                          No.3:22-cv-00321-DCLC-DCP

TENNESSEE VALLEY AUTHORITY
and GUBMK CONSTRUCTORS,

    Defendants.

## STIPULATION PURSUANT TO E.D. TENN. L.R. 12.1

Pursuant to agreement with Plaintiff's counsel, the Defendant, G.UB.MK, hereby gives notice to the Clerk of the Court that pursuant to E.D. Tenn. L.R. 12.1, it has been granted a twenty-one (21) day extension of time in which to respond to the Plaintiff's Complaint in this cause through November 2, 2022.

Respectfully submitted this the 6th day of October, 2022.

                                BERNSTEIN, STAIR & McADAMS, LLP

                                By:   */s/ W. Tyler Chastain*
                                        W. TYLER CHASTAIN (BPR #016029)
                                        KAREN G. CRUTCHFIELD (BPR #016651)
                                        116 Agnes Road
                                        Knoxville, TN 37919
                                        (865) 546-8030
                                        wtylerc@bsmlaw.com
                                        kcrutchfield@bsmlaw.com
                                        *Attorneys for Defendant G.UB.MK*
                                        *Constructors*

BANKS & JONES

By: */s/ T. Scott Jones with permission with WTC*
*On 10-6-2022 telephone conference*
T. SCOTT JONES (BPR #014628)
CHRIS W. BEAVERS (BPR #025259)
2125 Middlebrook Pike
Knoxville, TN 37921
(865) 546-2141
tscottjones@banksandjones.com
chrisbeavers@banksandjones.com
*Attorneys for Plaintiff*